FILED

2018 MAY 25 AM 10:10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>LIN, LIN HSU<br>USMS# 76161-112<br>DEFENDANT | CASE NUMBER: 18-CR-217-AG<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 05/25/2018  0910   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18USC3148  PRE-TRIAL VIOLATION

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1977

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: ADRIANA CORONA

10. Remarks (if any): _____

11. Name: K DOMINGO   (please print)

12. Office Phone Number: 213-620-7676

13. Agency: USMS

14. Signature: /s/

15. Date: 05/25/2018

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION