## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 18-217-AG |
| Date | June 12, 2018 |

Present: The Honorable **ANDREW J. GUILFORD**

Interpreter

| Lisa Bredahl | Miriam Baird | Poonam Kumar |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LI LIN HSU | X | X | | M Azhar Asadi | X | | X |

**Proceedings:** EVIDENTIARY HEARING RE BOND/PRETRIAL RELEASE

Cause is called for hearing with the defendant, her counsel and counsel for the Government present.

Donna Coyle is sworn and testifies on behalf of the Government. Matter is argued. The Court ORDERS the defendant DETAINED.

1 : 05

Initials of Deputy Clerk   lmb

cc: