**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT
SEP - 5 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Case Number __18-217(A)-AG__     Defendant Number __1__

U.S.A. v. __Li Lin Hsu, aka "Yilin Hsu" aka "Yilin Hsu Lee"__     Year of Birth __1977__

☒ Indictment     ☐ Information     Investigative Agency (FBI, DEA, etc.) __FBI__

**NOTE: All MUST items be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☒ Felony

b. Date of Offense: __2/1/14 – 5/25/2018__

c. County in which first offense occurred:

__Los Angeles__

d. The crimes charged are alleged to have been committed in:

   CHECK **ALL** THAT APPLY

   ☒ Los Angeles        ☐ Ventura
   ☒ Orange             ☐ Santa Barbara
   ☐ Riverside          ☐ San Luis Obispo
   ☐ San Bernardino     ☐ Other __N/A__

Citation of Offense _____

e. Division in which the MAJORITY of the events, acts, or omissions giving rise to the crime or crimes charged occurred:
☒ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

   ☒ No              ☐ Yes

   If YES    Case Number __N/A__

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): __N/A__

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: __N/A__

Case Number __N/A__

Assigned Judge __N/A__

Charging __N/A__
The complaint/CVB citation:
   ☐ is still pending
   ☐ was dismissed on: __N/A__

**PREVIOUS COUNSEL**

Was defendant previously represented:   ☐ No   ☒ Yes
If YES, provide, Name: __Alex Asadi__
         Phone Number: __(310)-777-6500__

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*           ☒ No
Will more than 12 days be required to present government's evidence in the case-in-chief:
   ☐ Yes*           ☒ No
*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☒ No

This is the __N/A__ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
__April 17, 2018__

Case Number __18-217-AG__

The superseded case:
☒ is still pending before Judge/Magistrate Judge
__Andrew J. Guilford__
☐ was previously dismissed on __N/A__
Are there 8 or more defendants in the superseding case?
   ☐ Yes*           ☒ No
Will more than 12 days be required to present government's evidence in case-in-chief?
   ☐ Yes*           ☒ No
Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes            ☒ No

---

CR-72 (12/17)                    CASE SUMMARY                    Page 1 of 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☒ NO
If YES, list language and/or dialect:
N/A

**OTHER**

☐ Male   ☒ Female
☒ U.S. Citizen   ☐ Alien

Alias Name(s)  aka "Yilin Hsu," and aka "Yilin Hsu Lee,"

This defendant is charged in:
☒ All counts
☐
Only counts: N/A

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☒ No
If YES, should matter be sealed?   ☐ Yes   ☒ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud              ☐ tax offenses
☐ environmental issues          ☒ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☐ Other N/A

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision:   ☐ Yes   ☐ No
d. Is on bail or release from another district:
   N/A

Defendant is **in custody**:
a. Place of incarceration:   ☐ State   ☒ Federal
b. Name of institution: MDC
c. If Federal: U.S. Marshal's Registration Number:
   76161-112
d. ☒ Solely on this charge. Date and time of arrest:
   May 25, 2018
e. On another conviction:   ☐ Yes   ☒ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of issue
f. Awaiting trial on other charges:   ☐ Yes   ☒ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: N/A
Date transferred to federal custody: N/A

This person/proceeding is transferred from another district Pursuant to F.R.Cr.P.   _____ 20   _____ 21   _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 9/4/2018

Signature of Assistant U.S. Attorney

Poonam G. Kumar
Print Name