

**Paramount Escrow Services, Inc.**
101 East Lincoln Avenue, Suite 220  Anaheim, CA 92805
Phone: (714) 300-0909  Fax: (714) 300-0910

### SELLER'S FINAL SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **PROPERTY:** | 111 Bosque<br>Irvine, CA 92618 | **DATE:** | December 23, 2019 |
| **SELLER:** | Yueh Ying Lee and Chuan Neng Lee | **CLOSING DATE:**<br>**ESCROW NO.:** | December 20, 2019<br>014238-MJ |

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 1,231,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | |
| County Taxes at $11,895.86/semi-annually from 12/20/2019 to 01/01/2020 | | 726.97 |
| HOA at $215.00/monthly from 12/20/2019 to 01/01/2020 | | 78.83 |
| **COMMISSION CHARGES** | | |
| IRN Realty | 18,465.00 | |
| Cal Alpha Realty | 3,077.50 | |
| **H.O.A./MANAGEMENT** | | |
| Transfer Fee to FirstService Residential | 345.00 | |
| Document Fee(s) to FirstService Residential | 498.00 | |
| **OTHER DEBITS/CREDITS** | | |
| Law Offices of Kenneth I. Gross & Associates for Sellers' Net Proceeds | 1,203,068.20 | |
| First American Home Warranty for Home Warranty | 515.00 | |
| First American Natural Hazard Disclosures for Disclosure Report | 95.00 | |
| **TITLE/TAXES/RECORDING CHARGES - Fidelity National Title Company** | | |
| Title - Owner's Title Insurance | 2,769.00 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title - Recording Service Fee | 7.00 | |
| Transfer Tax - County to Orange County | 1,354.10 | |
| **ESCROW CHARGES - Paramount Escrow Services, Inc.** | | |
| Title - Escrow Fee | 1,500.00 | |
| Title - Archive Fee to ArchiveIT | 19.50 | |
| Title - Wire Fee | 30.00 | |
| **TOTAL** | $ 1,231,805.80 | $ 1,231,805.80 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**