Katherine T. Corrigan, SBN 132226
CORRIGAN WELBOURN & STOKKE,
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail:   kate@cwsdefense.com
Attorney for Defendant, LI LIN HSU

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>LI LIN HSU,<br><br>Aka, Yilin Hsu<br><br>        Defendant | Case: SA CR 18-000217-AG<br><br>DEFENDANT'S SUPPLEMENT TO SENTENCING POSITION: EXHIBIT C – LETTER FROM DEFENDANT AND CERTIFICATES<br><br>Sentencing Date: January 28, 2020<br>Hearing Time: 11:00 a.m. |

**TO THE HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE, THE UNITED STATES ATTORNEY'S OFFICE AND ITS ATTORNEYS OF RECORD, ASSISTANT UNITED STATES ATTORNEYS POONAM KUMAR AND ALEXANDER WYMAN AND UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICER ELIZABETH MORONY:**

   Defendant LI LIN HSU (hereinafter the "***Defendant***"), by and through counsel of record, Katherine Corrigan, hereby files Defendant's Supplement to Position Re Sentencing in the above-entitled matter.  The materials include a letter that Defendant has requested be filed with the Court, along with additional certificates.

DATED: January 27, 2020          __/s/_____
                                 Katherine Corrigan
                                 Attorney for Defendant

1

Defendant's Sentencing Position Memorandum

# I.
# INTRODUCTION

The sentence recommended by probation and the government is greater than necessary to achieve the statutory purposes of punishment. 136 months imprisonment is disproportionate and excessively punitive. The advisory sentencing guideline range produced by the application of the adjustments and enhancements is overly punitive and does not advance the statutory purposes of sentencing.

Defendant respectfully submits these supplemental materials for the Court's consideration and to provide additional information to assist the Court in fashioning a sentence "sufficient but not greater than necessary" to achieve the statutory purposes of punishment, as required by 18 U.S.C. Section 3553(a) in light of *United States v. Booker*, 125 U.S. 738 (2005).

Exhibit C contains a letter written by Defendant that Defendant has requested be filed with the Court, along with additional certificates that demonstrate her commitment to bettering herself.

After full analysis of the sentencing factors in this case, the information provided by the defense and probation, the Defendant requests that the Court impose the following sentence:

1. No more than 70 months imprisonment
2. 3 years supervised release
3. Imposition of no fine
4. Imposition of $100 special assessment
5. An order of restitution
6. The waiver of interest on the restitution ordered (due to inability to pay interest)
7. The conditions of supervised release articulated in the sentence recommendation letter disclosed by probation and which is found at Docket entry 76.

2

Defendant's Sentencing Position Memorandum

The requested sentence is based on the factors cited in this memorandum and articulated in the probation officer's sentence recommendation letter. The proposed sentence is significant and meets the goals of punishment – it is no greater than necessary. The Defendant believes that such a sentence is reasonable in light of the facts of this case, the Defendant's personal history and characteristics, and her lack of criminal history. In addition, it takes into account that Defendant's efforts to rehabilitate herself while in custody through the participation in study, courses and educational programs. The proposed sentence meets the goals of modern sentencing law, as set forth in Title 18 U.S.C. §3553(a) and related case law.

DATED: January 27, 2020            Respectfully submitted,

\_\_\_\_/s/_____
Katherine Corrigan
Attorney for Defendant

3

# CERTIFICATE OF SERVICE

I, Katherine Corrigan, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Welbourn & Stokke, APLC, 4100 Newport Place, Suite 550, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That on **January 27, 2020**, I caused to be served via United States Mail OR E-MAIL a copy of the following document:

DEFENDANT'S SUPPLEMENT TO SENTENCING POSITION: EXHIBIT C – LETTER FROM DEFENDANT AND CERTIFICATES

on the following persons:

AUSA Poonam Kumar, via email: Poonam.Kumar@usdoj.gov

AUSA Alex Wyman, via email: Alex.Wyman@usdoj.gov

USPO Elizabeth Morony, via email: elizabeth_morony@cacp.uscourts.gov

This Certificate is executed on **January 27, 2020** at Newport Beach, California. I certify under penalty of perjury that the foregoing is true and correct.

**Dated: January 27, 2020**    ___/s/_____
                                              Katherine Corrigan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

Defendant's Sentencing Position Memorandum

Dear Honorable Judge Guilford:

Thank you for allowing me to provide you and the court an opportunity to express myself directly as you consider my sentence. First, I would like to apologize to you, the court, society, my family, my church members, and most importantly, all my victims for all the wrong doings, lawlessness, and the crime I committed. I would like to ask forgiveness from the bottom of my heart. I understand my offenses are severe, and as I told my counsel that I have no excuses at all for all the harms and distress I caused to my victims who all used to be so caring and dear to me like my second family. Each one of them even invited me over to their homes for meals. My regret and sorrow are beyond what I can express in words for I totally destroyed their trust and love that they ever render to me. Please accept my sincere apology from my heart. It is also very important for me to tell all of you especially victims that how I really am now because I believe the papers on the file can no longer represent me after 20 months of incarceration.

I really had hard time to read through my Probation Report which I got the copy through my current counsel. I realized I became such shady person that I felt so ashamed and guilty. I grew up with my grandparents in my home town, Taiwan. My mother got remarried and moved to Japan. I grew up in a very loving and caring family with my uncles and aunts. Even though my mother and I didn't have good communication, we love each other deeply for I am her only child and she did her best to support me to have best education possible, hoping one day I could be someone she could be very proud of. Therefore, I went to all private schooling and learned to speak four languages fluently. I had very simple and conservative life and I have never been married. It always has been just between school, work and church. By the grace of the Lord, I was called to church life when I was 19, more than half of my life, I grew up in the church life in Church in Diamond Bar. Today, I failed miserably because I lost my testimony of the Lord not just as being the very first Christian but I also became the very first criminal in the entire family tree as well. Because my foolishness and harden heart, I put my entire family, my church, and the name of the Lord to shame. None of them raised me to commit crime. But God has mercy on me, He came to find me in jail cell. The very first time in my life, He brought me to real repentance. I realized I was so lost in the midst of trials in my life. Outwardly, I had been in Christianity without knowing my God. Inwardly, I have never repented or seen myself as a sinner because I was so busy to patch up the image of perfection. I became so unhappy.

I started to have impulsive shopping behavior especially after last subprime mortgage economic crisis and after my mother had her first brain stroke. I always wanted to get her approval and I always wanted to be someone she can be proud of. One day I decided to conduct a business buy sell deal for a spa business with my client without firm's approval. I simply trusted spa manager as my friend who is single mother with 2 under age children. Later she breached the contract and caused my client Dr. Liou (Victim) tremendous loss. Because of the lawsuit I lost 12 years long career which I used to be so proud of. I didn't have time to ask for help. I didn't know how to face my failure and piles of investigations from the firm, FINRA, and SEC. I chose to hide

and lie. I used client's trust to embezzle fund to set up my own company, thinking I could just use all the resources I got and people I know to create my own business. Yes, I got many great and legitimate business projects, filming projects, and commercial real estate projects. Since each one of them was multi-million dollar deal, so I started to promise clients with fixed interest rate. I thought I could just repay client easily, but I couldn't sell anyone of them. I started to use client's new fund to pay off interests. I also bought 2 real estate properties under my name, for home owner occupied tax exemption purpose, thinking I could flip properties after 2-3 years. Meanwhile, in my personal life, I had severe car accident. I lost my car and I injured physically so I couldn't sleep due to numbness and pain. The worst of all, my ex-boyfriend started to be abusive and threatened me for money. For 4 years I had been living in hell and in misery. I became so depressed and more impulsive on shopping. In the midst of all these, I still didn't turn to God!  By the mercy of God, I got arrested. I spent total $2.4 Million - $2.6 Million USD real loss (depending on the final sale of the properties) which I know I can't repay immediately and it has to go through restitution. But, couple days ago, I just learned that Irvine property got sold below my original purchase price during this peak economic season. I also learned forfeited Diamond Bar property and cash might not go to the victims. This really breaks my heart and realized how much economic harm and troubles I brought to victims' lives.

 By God's mercy and sovereignty, my bail got revoked, and I was housed at MDC.LA where my spiritual journey began. My roommate gave me a copy of the Bible. My heart was so hardened, I knew not just the crime I committed, my daily living, and my filthy dirty heart all fall short of glory. I was not right with God and I was not right with men. The first time ever, the Lord brought me to real repentance. The Lord actually answered my prayer when I was still very young. I asked God that why I am a sinner by nature? I didn't do anything wrong, I said to the Lord.  Now, I know that I am truly a sinner saved by grace of God. I started to seek the Lord and the truth diligently after my repentance. I felt my salvation was finally completed. Every word of God in the Bible became alive to me. Prodigal son's story became my reality. During past 20 months of incarceration, even though I suffered mentally and physically through many incidents, spiritually I was infused with scriptures. I was able to finish NKJV study Bible from cover to cover twice which I have never done when I was at home for past 23 years of my Christian life. There have been a lot of dealings and healings, both painful and sweet. God was able to use me to lead total 18 girls back to Him. I enrolled 5 different Bible study programs. There was hunger for me to know God more. The Lord is faithful and through the scriptures, He shined more light on me, and brought me to more repentance. Psychologically, I attended almost all the classes that I was allowed, total 10 classes, both at MDC and SAJ. I really appreciate government for putting all the resources together to help inmates to better and advance ourselves. Especially RDAP (None Residential Drug Treatment Program) at MDC. LA and Cognitive Thinking class in SAJ, I realized I simply didn't have any copping skills and my pride and shame stopped me from reaching out for help. I was not thinking logically at all and I became self- destructive. Physically, I have been working 2 shifts, 7 days a week for officers. I exercised every day and successfully lost 25 lbs. of body weight.  Dr. Eiland who is running RDAP

program, asked me once why I have to be so hard to myself that I didn't waste a day while I was in Jail, and told me to layback a little. My answer to her was that I already wasted 40 years of my life, so I refused to waste another day of my life.

According to the world, I lost everything, my reputation, career, home, money, friendship, and I still need to ask for forgiveness from my mother because it must be devastated and heart breaking for her to see me in jail as her only daughter and only hope. Satan came to steal, to kill, and to destroy but God came to give life more abundantly. Without being broken completely, He can't rebuild me according to His perfect will. I believe my God is rebuilding me from ashes into beauty. Israel's history became my reality. Past 20 months had been a highlight of my life. I was in a deep valley, but my redeemer is living! He showed me Jeremiah 29:11-14, 5 times in 5 days that I must know He will give me a new future and a new hope when I seek Him with my whole heart. My prayer for myself has been from "Deliver me" to "Let Your perfect will be done". I was so defeated that I couldn't even lift up my head, but I believe my God won't let His children who seek Him wholeheartedly to stay defeated. I will not let my victims to stay as victims for the rest of their lives. For His name's sake, I pray that He will empower me to do all things in Christ Jesus so that I can repay every penny I owe back to victims as soon as possible so that out of my sins and darkness, His resurrection power will be manifested through me. I am expecting myself to pay the restitution in full which I spent recklessly and lawlessly as soon as possible.

 I will work closely with my assigned probation officer. If God's willing, I will create an online Boutique Store to sell all the luxury items I bought. Since my previous lawyer and his assistant emptied my bank account, total $170k withdrawal without my acknowledgement, and both of them have full access to my house while I was incarcerated. I don't know how many items left for me good for sale. So I hope at least they didn't touch my personal properties at home, and I can sell them to support myself while I write and publish books. Even though I am not Martha Steward, I want to share my life experiences and my career experience through sub-prime mortgage crisis. I doubled the portfolio I managed and became top 1 % tile on Return on Assets among 10,000 advisors within company. I had no complain or any incident. I also plan to share my life experience with all woman and my fellow Christian sisters who suffer anxiety and depression to cope every failure and hardship in life; a book to show how Bible scriptures can be so practical and real. Most importantly, devil and flesh are very real and everywhere in our daily lives.  From there I will create Blogs to reach the whole world to help all women to know who God is so they can know who they really are and who are flesh and devil. After I repay all my debts, then I can have real freedom. I want to set up a Christian base non-profit organization for children who are in social service system because their parents are incarcerated. I learned from parenting class that 70% of children who had been in system before will most likely commit crime in the future because current foster care family can't provide loving and sound environment. I learned from my own case that 1 criminal can produce and affect many victims. Ironically, after my previous counsel took all my money that I can't even afford my first month rent without my family's support. I suffered and feared. I lost my

sleep and I was so depressed. I realized how much more I did to my victims. I believe the Lord is teaching me a great lesson throughout past 4 years of my life. I believe this whole experience turns out to be my salvation as my elder and other saints prayed for me when they came to visit me.

My prayers and my heart go to my victims and my family every day. I pray for their forgiveness and understanding, allowing me to have second chance and have sufficient time to reestablish myself and repay every penny I own upon my release. I also pray and ask your honor and court to forgive my offenses and be willing to give me second chance because I fully understand and realize my offenses are serious. Their suffering and loss are beyond numbers. I would like to ask for compassion not merely for myself because I know I don't deserve it. It is for my elderly mother who can't live without me supporting her and all the victims need me to return their loss as soon as possible, so all of them can be whole again upon my total repayment. I would like to ask court to help me to make sure forfeited items will go to victims if possible. This sentencing court will also set a tone for the rest of my life. Forever, I will remember this courtroom because I know I will have another heavenly court which is the Judgement Seat of Christ to face.

I am also very thankful for my prosecutors as they are very professional and have been patient with me. FBI agents on my case that they even helped me to feed my dog JuneJune on the day I got arrested. My counselor at MDC, Ms Burch who allowed me to call bank to stop my lawyer Mr. Asadi to further savage my credit card account. Dr. Eiland at MDC encouraged me a lot to accept my failure and mistakes I have done and taught me how to move forward. My probation officer, all the officers I encountered, and my current counsel who is willing to go through all my discovery in such short period of time, I saw each one of them playing their own part to reinforce the law and at the same time rendering humility to me. I thank each one of them very much. I also must apologize to this country. I have never intended to come here to commit crime. This Federal criminal record I have will be the thorn in my thigh forever so that I need to depend on God to walk for the rest of my life. God led me to cross over the Red Sea into the wilderness 23 years ago. Today, God led me to cross over the Jorden River.

Thank you very much. Your honor, for all the considerations and time you render in this case, and having enough patience to read through my lengthy letter to you. I apologize for much details and perhaps to be religious to you, but I can't shorten my testimony before God and men because He has been working on me all these days of my life.

Sincerely Yours,


Yilin Hsu Lee

January 24, 2020

# Certificate of Completion

**SANTA ANA COLLEGE**
**SCHOOL OF CONTINUING EDUCATION**
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Yilin Lee*

Has completed 19 classes of instruction in

*Music Theory*

*Joe Fierro*
Instructor

December 19, 2019
Date

*Stephanie Paramore*
Dean of Instruction

# Certificate of Participation

**SANTA ANA COLLEGE**
**SCHOOL OF CONTINUING EDUCATION**
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Yilin Hsu Lee*

Has completed a course of instruction in

**Computer Applications**

All Instruction Provided in English only.

**College Keyboarding I**

*December 30, 2019*
Date

*Alvarez, S.*
Instructor

# GRADUATION DIPLOMA

This diploma is awarded to

_Yilin Lee_

*For The Successful Completion of*

## BEGINNING BIBLE STUDY COURSE

*Basic Beliefs of the followers of Jesus*

Teacher Alias _Mercy_    Date _December 27th, 2019_

### THE NARROW WAY MINISTRIES

"ENTER BY THE NARROW GATE; for wide is the gate and broad is the way that leads to destruction, and there are many who go in by it. Because narrow is the gate and difficult is the way which leads to life, and there are few who find it."

Matthew 7:13-14



# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# *Certificate of Completion*

This is to certify that

## *Yilin Lee*

Has Completed 24 Classes of

*Attitudes for Success: Substance Use, Anger Management & Parenting*


Luis Martinez, Instructor

January 03, 2020
Date

# Award Certificate
## Outstanding Student

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

Presented to

**Yilin Lee**

*In recognition of her positive attitude, attendance record and classwork accomplishments.*

_December 18, 2019_
Date

_____
Instructor

# Certificate of Completion

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Yilin Lee*

Critical Thinking Awareness

*Patricia Coyle*
Instructor

*January 22, 2020*
Date

THE CORRESPONDENCE SCHOOL OF EMMAUS INTERNATIONAL
ESTABLISHED 1942

# CERTIFICATE OF COMPLETION

*This certificate is presented to*

## YILIN LEE

*for successfully completing*

### Mile Marker 1 — The Essential Pack

*as part of The Emmaus Road course of study.*

Jon Loveless, ThM
Biblical Studies Director

EMMAUS
INTERNATIONAL

Terry Wilson
Executive Director
01/06/20